1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

ADAM QUINCY JONES,

      Petitioner

      v.

CALVIN JOHNSON, Warden,

      Respondent.

Case No. EDCV 15-96-FMO (GJS)

**JUDGMENT**

17
18
19
20
21
22
23
24
25
26
27
28

    Pursuant to the Court's Memorandum And Order Summarily Dismissing For Lack Of Subject Matter Jurisdiction,

    IT IS ORDERED that this case is dismissed for lack of subject matter jurisdiction.

    DATED:  July 14, 2015       _____/s/_____

                                       FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE